No. 81–6531. LEBEDUN v. YOUNG ET AL. C. A. 4th Cir. Certiorari denied. 

No. 81–6532. PUENTE v. OHIO. Sup. Ct. Ohio. Certiorari denied. 

No. 81–6535. MCCARTHY v. O'CONNOR, EXECUTOR, ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 81–6537. ANGUIANO v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 81–6538. CLAYTON v. DOUGLAS, WARDEN, LEXINGTON ASSESSMENT AND RECEPTION CENTER. C. A. 10th Cir. Certiorari denied. 

No. 81–6543. BROWN v. BRYANT. C. A. 4th Cir. Certiorari denied. 

No. 81–6546. PASCHAL v. FLORIDA PUBLIC EMPLOYEES RELATIONS COMMISSION ET AL. C. A. 11th Cir. Certiorari denied. 

No. 81–6547. WASHINGTON v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 81–6551. BARKSDALE v. BLACKBURN, WARDEN, LOUISIANA STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied. 

No. 81–6552. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 81–6554. BILLINGSLEY v. VANN ET AL. C. A. 11th Cir. Certiorari denied. 

No. 81–6558. GILL v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 81–6559. BLACK v. EAST OHIO GAS CO. ET AL. Sup. Ct. Ohio. Certiorari denied.